# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-1218

_____

United States of America

*Plaintiff - Appellee*

v.

Rodney Reed

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: August 24, 2022
Filed: August 30, 2022
[Unpublished]

_____

Before SHEPHERD, MELLOY, and STRAS, Circuit Judges.

_____

PER CURIAM.

Rodney Reed received a 180-month prison sentence after he pleaded guilty to being a felon in possession of a firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2), and possession of a firearm in furtherance of a drug-trafficking crime, 18 U.S.C. § 924(c)(1)(A). An *Anders* brief suggests that the sentence is substantively

unreasonable. *See Anders v. California*, 386 U.S. 738 (1967). A pro se supplemental brief makes the same argument.

We conclude that the sentence is substantively reasonable. *See United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014) (stating that a within-Guidelines sentence is presumed reasonable). The record establishes that the district court[1] sufficiently considered the statutory sentencing factors, 18 U.S.C. § 3553(a), and did not rely on an improper factor or commit a clear error of judgment. *See United States v. Feemster*, 572 F.3d 455, 461–62 (8th Cir. 2009) (en banc).

We have also independently reviewed the record and conclude that no other nonfrivolous issues exist. *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988). We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

_____

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.